**Opinion issued February 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00053-CV

———————————

**CLARENCE GRAY, Appellant**

**V.**

**HANCOCK MORTGAGE PARTNERS, LLC AND BEARD THE BUILDER, LLC DBA URBAN BUILDER, Appellees**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Case No. 22-CV-1677**

---

## MEMORANDUM OPINION

This is an attempted appeal from an August 22, 2024 order granting a motion for summary judgment. The clerk's record contains a motion to set aside the judgment, filed on September 23, 2024. On December 23, 2024, the trial court signed an order denying the motion to set aside the judgment. Appellant filed a

notice of appeal on January 21, 2025. Appellees filed a motion to dismiss the appeal. Appellant has not responded to this motion. We grant appellees' motion.

A notice of appeal is generally required to be filed within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1. This 30-day deadline may be extended to 90 days after the judgment is signed if appellant files a timely motion for new trial or other post-judgment motion. *See* TEX. R. CIV. P. 329b. The appellate court may also extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3.

Here, appellant's notice of appeal was filed more than 150 days after the judgment was signed. Absent a timely-filed notice of appeal, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 928 (Tex. 2005).

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.